CLERK'S COURTROOM MISCELLANEOUS MINUTE SHEET

KIMARIO ANDERSON
*Individually and on behalf of the Coca-Cola Bottlers' Association 401(k) Retirement Savings Plan and all others similarly situated*,

                    Plaintiffs,

v.                                    Case No: 21-cv-02054-JWL

COCA-COLA BOTTLERS' ASSOCIATION, et. al.
                Defendants.

**Appearing for Plaintiff(s):**
Scott Nehrbass
Boyd Byers
Alexandra Rose

**Appearing for Defendant(s):**
Michael Carey
Fred Sgroi

| JUDGE: | John W. Lungstrum | DATE: | 4/17/2023 |
|---|---|---|---|
| CLERK: | Audra Harper | REPORTER: | Nancy Wiss |

**TELEPHONIC CONFERENCE**

Parties appear by counsel.

The Court heard from the parties regarding <u>Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Class Certification, Appointment of Class Counsel, Approval of Class Notice, and Scheduling of Fairness Hearing</u> (Doc. 76), filed on 3/23/2023.

An order by the Court will follow.