IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMARIO ANDERSON and WILLIAM GRIMMETT, individually and on behalf of the Coca-Cola Bottlers' Association 401(k) Retirement Savings Plan and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COCA-COLA BOTTLERS' ASSOCIATION, *et al.*,<br><br>*Defendants*. | Case No. 21-cv-02054 |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs hereby move the Court to enter an Order under Rule 23(e) of the Federal Rules of Civil Procedure granting final approval of the parties' Stipulation and Agreement of Settlement ("Settlement Agreement" or "Settlement") (Doc. 77-2). Defendants do not oppose this motion.

On April 28, 2023, the Court preliminarily approved the proposed Settlement, preliminarily finding that the Settlement is sufficiently fair, reasonable, and adequate. (Docs. 81–82). Since that time, the Class Notices have been sent to Class Members in the manner approved by the Court, and the required Attorneys General have been provided with notice of the Settlement (and none have objected). In addition, the Independent Fiduciary has reviewed the Settlement and confirmed that its terms are fair, reasonable, and adequate. Accordingly, Plaintiffs respectfully request that the Court grant final approval of the proposed Settlement.

This motion is accompanied by a Brief in Support and its exhibits. As part of those exhibits, Plaintiffs are also submitting a proposed Final Approval Order, which is being submitted directly to the Court, in accord with D. Kan. Rule 5.4.4 and the Court's Administrative Procedures (specifically section II.E).

The Final Approval Hearing is set for 1:30 p.m. on September 15, 2023.

Respectfully submitted by,

*/s/ Alexandra N.C. Rose*
Boyd A. Byers, KS Bar No. 16253
Charles E. McClellan, KS Bar No. 23692
Alexandra N.C. Rose, KS Bar No. 27247
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
(P) 316.267.6371 | (F) 316.267.6345
bbyers@foulston.com | cmcclellan@foulston.com
nrose@foulston.com

Scott C. Nehrbass (KS #16285)
Nancy E. Musick (KS # 28258)
7500 College Boulevard, Suite 1400
Overland Park KS, 66210-4041
(P) 913.498.2100 | (F) 913.498.2101
snehrbass@foulston.com
nmusick@foulston.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Alexandra N.C. Rose*
Alexandra N.C. Rose, KS Bar No. 27247